**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Richard Etheridge

                          Plaintiff,

v.                                               Case No.: 1:20–cv–07204
                                                       Honorable Steven C. Seeger

Hudson Group

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 8, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant's motion to dismiss (Dckt. No. [34]) is hereby granted in part and denied in part. Any motion for leave to file an amended complaint must be filed by February 15, 2022. The fact discovery deadline of March 31, 2022 remain in place. The parties must file a status report by April 7, 2022. The Court reminds Plaintiff of this Court's Order about his conduct (Dckt. No. [57]), including how to comport himself at any deposition. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.