ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

Case: 1:20-cv-07204 Document #: 116 Filed: 10/27/22 Page 1 of 1 PageID #:1067

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Richard Etheridge,

Plaintiff(s),

v.

Hudson Group a/k/a Hudson News Group,

Defendant(s).

Case No. 1:20-cv-07204
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendants
in the amount of $    ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Hudson Group a/k/a Hudson News Group
and against plaintiff Richard Etheridge

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on defendant's motion for summary judgment [86].

Date: 10/27/2022                    Thomas G. Bruton, Clerk of Court

                                    Jessica J. Ramos, Deputy Clerk